UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| WEST WECK, LLC ) | |
| ) | Case No.: 10-14350 (AJG) |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |

## NOTICE OF RECLAMATION DEMAND BY NIMBUS CORPORATION d/b/a DEBORAH RHODES

Nimbus Corporation d/b/a Deborah Rhodes ("Nimbus Corporation") by and

through its undersigned counsel, hereby gives notice that on August 25, 2010, Nimbus

Corporation served its written demand for reclamation, a true and exact copy of which is

attached hereto as Exhibit "1" (the "Notice"). The goods subject to the demand for

reclamation are described in the invoices identified in and attached to the Notice.

Dated:      August 25, 2010
            New York, New York


                              LAZARUS & LAZARUS, P.C.


                              /S/ Gilbert A. Lazarus, Esq.
                              Gilbert A. Lazarus {GAL-1025}
                              240 Madison Avenue, 8th Flr.
                              New York, New York, 10016
                              Telephone: 212-889-7400
                              Facsimile: 212-684-0314

                              *Counsel for reclamation-creditor*
                              *Nimbus Corporation d/b/a Deborah*
                              *Rhodes*

EXHIBIT {1}

## LAZARUS & LAZARUS, P.C.
### COUNSELLORS AT LAW

240 MADISON AVENUE
NEW YORK, N.Y. 10016

AREA CODE 212
889-7400

TELECOPIER
212-684-0314

TELEX
238790 NYK

August 25, 2010

**Via Federal Express Mail To:**

Gracious Home
632 Broadway, Suite 401
New York, NY, 10012

     *Re:   Nimbus Corporation d/b/a Deborah Rhodes*

Dear Sir or Madame:

     My firm is counsel to Nimbus Corporation d/b/a Deborah Rhodes.

     Please take notice that, pursuant to Section 2-702 of the Uniform Commercial Code, and by reason of your insolvency, demand is hereby made for the return of all goods delivered to you under and pursuant to invoices and related documentation attached as **Exhibit "A"**, totaling $11,526.00, or, should you be unable to deliver back the goods, the value of the same.

     LAZARUS & LAZARUS, P.C.,
     Attorneys for Nimbus Corporation
     d/b/a Deborah Rhodes

     By:_____
          Gilbert A. Lazarus

GAL.qm-*Encl.*

# EXHIBIT [A]

NIMBUS CORPORATION D/B/A

# Deborah Rhodes

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL. (203) 333-8998 • FAX (203) 333-8999

DUNS # 10-113-6463

**SOLD TO:**
GRACIOUS HOME
632 BROADWAY
SUITE 401
NEW YORK, NY 10012

**SHIP TO:**
GRACIOUS HOME WAREHOUSE
70-35 80TH STREET
WOODSIDE, NY
11377

| INVOICE NO. |
|---|
| 70379 |

| INVOICE DATE |
|---|
| 06/30/10 |

PAGE: 1

| CUST. P.O. NO. | STYLE | DESCRIPTION | DEPT. NO. | STORE NO. | ACCT. NO. | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | TOTAL UNITS | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3377021 | H17-78560 | 15"RND LINER BRD PLACE ITEM # 3117994 | THUG | GREALTE | | | | | | | | | | | | | 12 | 8.00 | 96. |
| | H17-5040 | MED FRINGE SQUARE SM ITEM # 3117995 | | | | | | | | | | | | | | | 48 | 10.00 | 480. |
| | H17-5766 | 15"RD TRAY NAME PR ITEM # 3117996 | | | | | | | | | | | | | | | 30 | 8.00 | 240. |
| | H17-7266 | SILVER 2-TONE BRD PR ITEM # 3117997 | | | | | | | | | | | | | | | 36 | 8.00 | 288. |
| | H17-78600 | TWO-TONE SHE PLACE ITEM # 3114701C | | | | | | | | | | | | | | | 12 | 8.00 | 96. |
| | H17-78560 | 15"RND LINER BRD SM ITEM # 3117994 | | | | | | | | | | | | | | | 18 | 8.00 | 144. |
| | H17-7266 | SILVER 2-TONE BRD P ITEM # 3117997 | | | | | | | | | | | | | | | 12 | 8.00 | 96. |

| SHIP VIA | NO. PKGS. | WGHT. | FOB | TERMS |
|---|---|---|---|---|
| Fedex | 1 | 34 | NET 30 | NET 30 DAYS |

| HSE. ORDER NO. | SLSMN. | APPROVAL NO. |
|---|---|---|

**REMITTANCE TO:**
NIMBUS CORP
25 WELLS STREET
BRIDGEPORT, CT 06604

SALES COPY

| TOTAL UNITS | SHIPPING & HANDLING | TOTAL |
|---|---|---|
| 168 | SUB-TOTAL | 1440. |

• No returns without prior authorization
• Authorization label must be affixed to all returns
• No discount on shipping charges
• No claims allowed 5 days after receipt of shipment



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

August 18,2010

Dear Customer:

The following is the proof-of-delivery for tracking number **375271115000013**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Woodside, NY |
| Signed for by: | RADAMS | Delivery date: | Jul 6, 2010 08:45 |
| Service type: | FedEx Ground-Adult Signature Required-U.S. | | |

NO SIGNATURE IS AVAILABLE
FedEx Ground proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 375271115000013 | Ship date: | Jul 2, 2010 |
| | | Weight: | 34.0 lbs/15.4 kg |

Recipient:                                                    Shipper:
WOODSIDE, NY US                                  BRIDGEPORT, CT US

Reference                                                    P.O. # 337721

Inv. # 70375

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

NIMBUS CORPORATION D/B/A

# Deborah Rhodes

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL. (203) 333-8998 • FAX (203) 333-8999

DUNS # 10-113-6463

SOLD TO:

SHIP TO:

• No returns without prior authorization
• Authorization label must be affixed to all returns
• No discount on shipping charges
• No claims allowed 5 days after receipt of shipment

REMITTANCE TO:

NIMBUS CORP.
25 WELLS STREET
BRIDGEPORT, CT 06604

SALES COPY

| CUST. P.O. NO. | STYLE | DEPT. NO. | STORE NO. | ACCT. NO. | DESCRIPTION | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | SHIP VIA | NO. PKGS. | WGHT. | FOB | TERMS | HSE. ORDER NO. | SLSMN. | APPROVAL NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TOTAL UNITS | | TOTAL UNITS | UNIT PRICE | EXTENSION |
|---|---|---|---|---|

| SUB-TOTAL | SHIPPING & HANDLING | TOTAL |
|---|---|---|



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

August 18,2010

Dear Customer:

The following is the proof-of-delivery for tracking number **375271115000037**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Woodside, NY |
| Signed for by: | RADAMS | Delivery date: | Jul 6, 2010 08:45 |
| Service type: | FedEx Ground-Adult Signature Required-U.S. | | |

NO SIGNATURE IS AVAILABLE
FedEx Ground proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 375271115000037 | Ship date: | Jul 2, 2010 |
| | | Weight: | 4.0 lbs/1.8 kg |

Recipient:
WOODSIDE, NY US

Shipper:
BRIDGEPORT, CT US

Reference

P.O. # 335888 / 335575

Inv. # 70378

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

NIMBUS CORPORATION D/B/A

# Deborah Rhodes

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL. (203) 333-8998 • FAX (203) 333-8999

**DUNS # 10-113-6463**

| INVOICE NO. |
|---|
| 70391 |

| INVOICE DATE |
|---|
| 07/02/10 |

SOLD TO:

GRACIOUS HOME
632 BROADWAY
SUITE 401
NEW YORK, NY     10012

SHIP TO:

GRACIOUS HOME WAREHOUSE
30-30 60TH STREET
WOODSIDE, NY      11377

PAGE:   9

| CUST.P.O. NO. | STYLE | DEPT. NO. | STORE NO. | ACCT. NO. | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | TOTAL UNITS | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 539131 | | | | | | | | | | | | | | | | | | | |
| | 417-75960 | 15 RND LINEN BRD PLACE | | | ESPR 2 | | | | | | | | | | | | 30 | 8.00 | 240.0 |
| | ITEM 01177012 | | | | | | | | | | | | | | | | | | |
| | 417-8766 | 15 RD IKAT WEAVE PM | | | BER 1 | | | | | | | | | | | | 12 | 8.00 | 96.0 |
| | ITEM 01183607 | | | | | | | | | | | | | | | | | | |
| | 417-8766 | 15 RD IKAT WEAVE PM | | | GRN 1 | | | | | | | | | | | | 12 | 8.00 | 96.0 |
| | ITEM 01183607 | | | | | | | | | | | | | | | | | | |
| | 417-8766 | 15 RD IKAT WEAVE PM | | | COR 1 | | | | | | | | | | | | 12 | 8.00 | 96.0 |
| | ITEM 01183607 | | | | | | | | | | | | | | | | | | |
| | 417-8766 | 15 RD IKAT WEAVE PM | | | CTO 1 | | | | | | | | | | | | 12 | 8.00 | 96.0 |
| | ITEM 01185090 | | | | | | | | | | | | | | | | | | |
| | 417-7966 | TWO-TONE INDONESIAN PM | | | SPR 24 | | | | | | | | | | | | 24 | 8.00 | 192. |
| | ITEM 01117565 | | | | | | | | | | | | | | | | | | |
| | 417-7966 | TWO-TONE INDONESIAN PM | | | MCAY 1 | | | | | | | | | | | | 12 | 8.00 | 96. |
| | ITEM 01117590 | | | | | | | | | | | | | | | | | | |
| | 417-7966 | SILVER 2-TONE BRD RD P | | | SOL 48 | | | | | | | | | | | | 48 | 8.00 | 384 |
| | ITEM 01117591 | | | | | | | | | | | | | | | | | | |

| SHIP VIA | NO. PKGS. | WGHT. | FOB | TERMS | HSE. ORDER NO. | SLSMN. | APPROVAL NO. |
|---|---|---|---|---|---|---|---|
| NEXT COLLECT | 2 | 74 | NET 30 DAYS | 2021836-00 | 0000007 | 0000007 |

REMITTANCE TO:

NIMBUS CORP.
25 WELLS STREET
BRIDGEPORT CT 06604

SALES COPY

• No returns without prior authorization
• Authorization label must be affixed to all returns
• No discount on shipping charges
• No claims allowed 5 days after receipt of shipment

| | TOTAL UNITS | SHIPPING & HANDLING | TOTAL |
|---|---|---|---|
| | | SUB-TOTAL | |
| | 402 | | 3216. |
| | | | 3216. |

NIMBUS CORPORATION D/B/A

# Deborah Rhodes

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL (203) 333-8998 • FAX (203) 333-8999

DUNS # 10-113-6463

SOLD TO:
GRACIOUS HOME
655 SPRINGMANN
SUITE 410
NEW YORK, NY 10019

SHIP TO:
GRACIOUS HOME WAREHOUSE
21-50 50TH STREET
WOODSIDE, NY
11377

- No returns without prior authorization
- Authorization label must be affixed to all returns
- No discount on shipping charges
- No claims allowed 5 days after receipt of shipment

REMITTANCE TO:

| CUST. P.O. NO. STYLE | DEPT. NO. | STORE NO. | ACCT. NO. | DESCRIPTION | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | HSE. ORDER NO. | SLSMN. | TOTAL UNITS | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0000 | GRACO1 | | | | | | | | | | | | | | | 2021836 00 | 00000072 | | | |
| H17-75840 | | | | | | | | | | | | | | | | | | 48 | 8.00 | 384.0 |
| H17-75840 | | | | | | | | | | | | | | | | | | 24 | 8.00 | 192.0 |
| H17-75840 | | | | | | | | | | | | | | | | | | 24 | 8.00 | 192.0 |
| H17-7580 | | | | | | | | | | | | | | | | | | 24 | 8.00 | 192.0 |
| H17-7580 | | | | | | | | | | | | | | | | | | 12 | 8.00 | 96.0 |
| H17-7580 | | | | | | | | | | | | | | | | | | 36 | 8.00 | 288.0 |
| H17-7580 | | | | | | | | | | | | | | | | | | 24 | 8.00 | 192.0 |
| H17-7580 | | | | | | | | | | | | | | | | | | 36 | 8.00 | 288.0 |
| H17-7580 | | | | | | | | | | | | | | | | | | 24 | 8.00 | 192.0 |

| SHIP VIA | NO. PKGS. | WGHT. | FOB | TERMS |
|---|---|---|---|---|
| PED COLLECT | 2 | 74 | CT | NET 30 DAYS |

SALES COPY

| TOTAL UNITS | SUB-TOTAL | SHIPPING & HANDLING | TOTAL |
|---|---|---|---|
| | | | |



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

August 18,2010

Dear Customer:

Here is the proof of delivery you requested for the shipment with tracking number **375271115000082**. Our records reflect the following information.

This tracking number is 1 out of a 2 multiple-piece shipment. The Master tracking number for this multiple-piece shipment is 375271115000082. If additional signature proof of delivery requests are needed for pieces within this multiple-piece shipment then they must be requested separately.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Woodside, NY |
| Signed for by: | PBURGOS | Delivery date: | Jul 7, 2010 09:56 |
| Service type: | FedEx Ground-Direct Signature Required-U.S. | | |

NO SIGNATURE IS AVAILABLE
FedEx Ground proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 375271115000082 | Ship date: | Jul 6, 2010 |
| | | Weight: | 50.0 lbs/22.7 kg |

Recipient:
WOODSIDE, NY US

Shipper:
BRIDGEPORT, CT US

| | |
|---|---|
| Reference | P.O. # 339151 |
| Purchase order number | P.O.# 339151 |
| Invoice number | 70390 |

INVOICE # 70391

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

August 18, 2010

Dear Customer:

Here is the proof of delivery you requested for the shipment with tracking number **375271115000099**. Our records reflect the following information.

This tracking number is 2 out of a 2 multiple-piece shipment. The Master tracking number for this multiple-piece shipment is 375271115000082. If additional signature proof of delivery requests are needed for pieces within this multiple-piece shipment then they must be requested separately.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Woodside, NY |
| **Signed for by:** | PBURGOS | **Delivery date:** | Jul 7, 2010 09:56 |
| **Service type:** | FedEx Ground-Direct Signature Required-U.S. | | |

NO SIGNATURE IS AVAILABLE
FedEx Ground proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 375271115000099 | **Ship date:** | Jul 6, 2010 |
| | | **Weight:** | 24.0 lbs/10.9 kg |

**Recipient:**
WOODSIDE, NY US

**Shipper:**
BRIDGEPORT, CT US

**Reference**                                    P.O. # 339151
**Purchase order number**                        P.O.# 339151
**Invoice number**                               70390    INVOICE # 70391

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

NIMBUS CORPORATION D/B/A

*Deborah Rhodes*

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL. (203) 333-8998 • FAX (203) 333-8999

DUNS # 10-113-6463

SOLD TO:
GRACIOUS HOME
632 BROADWAY
SUITE 401
NEW YORK, NY 10012

SHIP TO:
GRACIOUS HOME WAREHOUSE
50-30 60TH STREET
WOODSIDE NY

INVOICE NO.

INVOICE DATE
07/15/

- No returns without prior authorization
- Authorization label must be affixed to all returns
- No discount on shipping charges
- No claims allowed 5 days after receipt of shipment

REMITTANCE TO:
NIMBUS CORP.
25 WELLS STREET
BRIDGEPORT CT 06604

SALES COPY

| CUST. P.O. NO. | DEPT. NO. | STORE NO. | ACCT. NO. | SHIP VIA | NO. PKGS. | WGHT. | FOB | TERMS | HSE. ORDER NO. | SLSMN. |
|---|---|---|---|---|---|---|---|---|---|---|
| 337721 | 0000 | GRACO1 | UPS | | 1 | 2 | CT | NET 30 DAYS | 2021740 00 | 6842001 |

| STYLE | DESCRIPTION | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | TOTAL UNITS | UNIT PRICE | EXTENS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H17-7933 | 2-TONE TRIPLE BRAID PM ITEM# 01117393 | RLNY 33 | | | | | | | | | | | 33 | | 416 |

| | TOTAL UNITS | SUB-TOTAL | SHIPPING & HANDLING | TOTAL |
|---|---|---|---|---|
| | 33 | | | 416 |



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

August 18,2010

Dear Customer:

The following is the proof-of-delivery for tracking number **375271115000105**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Woodside, NY |
| Signed for by: | RADAMS | Delivery date: | Jul 19, 2010 08:21 |
| Service type: | FedEx Ground-Adult Signature Required-U.S. | | |

NO SIGNATURE IS AVAILABLE
FedEx Ground proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 375271115000105 | Ship date: | Jul 16, 2010 |
| | | Weight: | 12.0 lbs/5.4 kg |

Recipient:
WOODSIDE, NY US

Shipper:
BRIDGEPORT, CT US

Reference

P.O. # 337721

Inv. # 70428

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

NIMBUS CORPORATION D/B/A

*Deborah Rhodes*

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL. (203) 333-8998 • FAX (203) 333-8999

DUNS # 10-113-6463

SOLD TO:
GRACIOUS HOME
632 BROADWAY
SUITE 401
NEW YORK, NY    10012

SHIP TO:
GRACIOUS HOME WAREHOUSE
30-30 60TH STREET
WOODSIDE, NY    11377

REMITTANCE TO:
NIMBUS CORP
25 WELLS STREET
BRIDGEPORT, CT  06604

SALES COPY

| CUST. P.O. NO. | DEPT. NO. | STORE NO. | ACCT. NO. | SHIP VIA | NO. PKGS. | WGHT. | FOB | TERMS | HSE. ORDER NO. | SLSMN. |
|---|---|---|---|---|---|---|---|---|---|---|
| 339151 | 0000 | GRAC01 | FEDEX COLLECT | 1 | 3X | CT | NET 30 DAYS | 20218360 00 | 00000 |

| STYLE | DESCRIPTION | COLOR | | | | | | | | | | | TOTAL UNITS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H17-7586 | 15"RND LINEN GRAID PM ITEM 01147015 | PIES 12 | | | | | | | | | | | | | | | | |

| | | | TOTAL UNITS | SHIPPING & HANDLING | TOTAL |
|---|---|---|---|---|---|
| | | | 170 | | |

|  | TOTAL UNITS | SUB-TOTAL | |
|---|---|---|---|

| TOTAL UNITS | SUB-TOTAL |
|---|---|

| | TOTAL UNITS | | HSE. ORDER NO. | TOTAL UNITS | UNIT PRICE | EXTENS |
|---|---|---|---|---|---|---|
| | | | | 12 | 8.00 | |

- No returns without prior authorization
- Authorization label must be affixed to all returns
- No discount on shipping charges
- No claims allowed 5 days after receipt of shipment

NIMBUS CORPORATION D/B/A

# Deborah Rhodes

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL. (203) 333-8998 • FAX (203) 333-8999

DUNS # 10-113-6463

SOLD TO:
GRACIOUS HOME
632 BROADWAY
SUITE 401
NEW YORK, NY 10012

SHIP TO:
GRACIOUS HOME WAREHOUSE
30-30 60TH STREET
WOODSIDE, NY 11377

INVOICE NO.
7043
INVOICE DATE
07/15/1
PAGE

| CUST. P.O. NO. STYLE | DEPT. NO. | STORE NO. | ACCT. NO. | DESCRIPTION | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | TOTAL UNITS | UNIT PRICE | EXTENS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33713 | 0000 | GRACUT | | | | | | | | | | | | | | | | |
| H17-7933 | | | | 2-TONE TRIPLE BRAID PM ITEM 01117392 | RLHY 2 | | | | | | | | | | | 12 | $1.00 | 1.32 |
| H17-7586 | | | | 15"RND LINEN BRAID PM ITEM 01075836 | SAND 2 | | | | | | | | | | | 8 | 8.00 | 64 |
| H17-7866 | | | | TWO-TONE SHERBET PLACE ITEM 01101772 | DUNS 12 | | | | | | | | | | | 12 | 3.00 | 76 |
| H17-75860 | | | | 15"RND LINEN BRAID PM ITEM 01101772 | WHT 36 | | | | | | | | | | | 12 | 3.00 | 76 |
| H17-75860 | | | | 15"RND LINEN BRAID PM ITEM 01147012 | 36 | | | | | | | | | | | 36 | 8.00 | 288 |
| H17-7586 | | | | 15"RND LINEN BRAID PM ITEM 01147013 | BLK 12 | | | | | | | | | | | 12 | 8.00 | 96 |
| H17-75860 | | | | 15"RND LINEN BRD PLACE ITEM 01177012 | ESOR 36 | | | | | | | | | | | 36 | 8.00 | 288 |
| H17-5046 | | | | TWEED FRINGE SQUARE PM ITEM 01196694 | ODUS 24 | | | | | | | | | | | 24 | 10.00 | 240 |
| H17-5046 | | | | TWEED FRINGE SQUARE PM ITEM 01196694 | PLAM 12 | | | | | | | | | | | 12 | 10.00 | 120 |
| H17-8766 | | | | 15"RD IKAT WEAVE PM ITEM 01196695 | PERI 36 | | | | | | | | | | | 36 | 10.00 | |
| H17-8766 | | | | 15"RD IKAT WEAVE PM Continued on next page | | | | | | | | | | | | | 50 | 5.00 | 250 |

SHIP VIA FEDEX COLLECT
NO. PKGS. 38
WGHT.
FOB NET 30 DAYS
TERMS NET 30 DAYS
HSE ORDER NO. 202735.00
SLSMN. 000007

REMITTANCE TO:

SALES COPY

| TOTAL UNITS | SUB-TOTAL | |
| --- | --- | --- |
| | SHIPPING & HANDLING | |
| | TOTAL | |

• No returns without prior authorization
• Authorization label must be affixed to all returns
• No discount on shipping charges
• No claims allowed 5 days after receipt of shipment



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

August 18,2010

Dear Customer:

The following is the proof-of-delivery for tracking number **375271115000112**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Woodside, NY |
| Signed for by: | RADAMS | Delivery date: | Jul 19, 2010 08:21 |
| Service type: | FedEx Ground-Adult<br>Signature Required-U.S. | | |

NO SIGNATURE IS AVAILABLE
FedEx Ground proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 375271115000112 | Ship date:<br>Weight: | Jul 16, 2010<br>38.0 lbs/17.2 kg |

Recipient:
WOODSIDE, NY US

Shipper:
BRIDGEPORT, CT US

Reference

P.O. # 339151

Inv. # 70433

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

NIMBUS CORPORATION D/B/A

*Deborah Rhodes*

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL. (203) 333-8998 • FAX (203) 333-8999

DUNS # 10-113-6463

SOLD TO:
GRACIOUS HOME
632 BROADWAY
SUITE 401
NEW YORK, NY 10012

SHIP TO:
GRACIOUS HOME WAREHOUSE
30-30 40TH STREET
WOODSIDE, NY 11377

REMITTANCE TO:
NIMBUS CORP
25 WELLS STREET
BRIDGEPORT, CT 06604

SALES COPY

| CUST. P.O. NO. | DEPT. NO. | STORE NO. | ACCT. NO. | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34T003 | 0000 | GRADIOUS | | SHIP VIA | | NO. PKGS. | WGHT. | FOB | | | TERMS | | | HSE. ORDER NO. | SLSMN. | APPROVAL |

| STYLE | DESCRIPTION | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | TOTAL UNITS | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H17-758600 | 15"RND LINEN BRD PLACE ITEM# 01177011 | SALM 12 | | | | | | | | | | | 12 | 6.00 | 72 |
| H17-758600 | 15"RND LINEN BRD PLACE ITEM# 01177012 | ESPR 42 | | | | | | | | | | | 42 | 7.00 | 336 |
| H17-5046 | TWEED FRINGE SQUARE PM ITEM# 01196694 | CDUR 2 | | | | | | | | | | | 2 | 10.00 | 45 |
| H17-8766 | 15"RD IKAT WEAVE PM ITEM# 01196698 | GRAN 24 | | | | | | | | | | | 24 | 8.00 | 192 |
| H17-8766 | 15"RD IKAT WEAVE PM ITEM# 01196696 | CRN 36 | | | | | | | | | | | 36 | 8.00 | 288 |
| H17-7266 | SILVER 2-TONE BRD PLACE ITEM# 01117388 | SAGE 2G | | | | | | | | | | | 30 | 3.00 | 9 |

| | TOTAL UNITS | SUB-TOTAL |
|---|---|---|
| | | 285 |

SHIPPING & HANDLING

TOTAL

PAGE

NIMBUS CORPORATION D/B/A

# Deborah Rhodes

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL. (203) 333-8998 • FAX (203) 333-8999

**DUNS # 10-113-6463**

SOLD TO:
GRACIOUS HOME
2272 BROADWAY
SUITE 401
NEW YORK, NY 10012

SHIP TO:
GRACIOUS HOME WAREHOUSE
30-30 60TH STREET
WOODSIDE, NY 11377

PAGE

| CUST. P.O. NO. | STYLE | DEPT. NO. | STORE NO. | ACCT. NO. | SHIP VIA | COLOR | COLOR | COLOR | COLOR | COLOR | NO. PKGS. | WGHT. | FOB | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | TERMS | HSE. ORDER NO. | SLSMN. | APPROVAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 341005 | | 0000 | GRAC01 | FEDERA | | | | | | | 1 | 63 | CT | NET 30 DAYS | | | | | | | 202194900 | 00000008 | |

| STYLE | DESCRIPTION | COLOR | | | | | | | | | | | TOTAL UNITS | UNIT PRICE | EXTENS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H17-75840 | 15" RND. LINEN BRAID PM ITEM# 01075840 | TAUP 48 | | | | | | | | | | | 468 | 8.00 | 3844 |
| H17-75841 | 15" RND. LINEN BRAID PM ITEM# 01075841 | GOLD 24 | | | | | | | | | | | 24 | 8.00 | 192 |
| H17-75842 | 15" RND. LINEN BRAID PM ITEM# 01075842 | MOSS 12 | | | | | | | | | | | 12 | 8.00 | 96 |
| H17-083057 | 15" RND. LINEN BRAID PM ITEM# 01083057 | AVOC 12 | | | | | | | | | | | 12 | 8.00 | 96 |
| H17-147011 | 15" RND. LINEN BRD PLACE ITEM# 01147011 | GRAP 24 | | | | | | | | | | | 24 | 8.00 | 192 |
| H17-147012 | 15" RND. LINEN BRD PM ITEM# 01147012 | RED 12 | | | | | | | | | | | 12 | 8.00 | 96 |
| H17-147015 | 15" RND. LINEN BRAID PM ITEM# 01147015 | TAUP 24 | | | | | | | | | | | 24 | 8.00 | 192 |
| H17-147016 | TWO-TONE SHERBET PLACE ITEM# 01147016 | DENI 48 | | | | | | | | | | | 48 | 6.00 | 288 |
| H17-147018 | TWO-TONE SHERBET PLACE ITEM# 01147018 Continued on next page | LOANG 12 | | | | | | | | | | | 12 | 6.00 | |

REMITTANCE TO:

| | TOTAL UNITS | SUB-TOTAL | |
|---|---|---|---|
| | | SHIPPING & HANDLING | |
| SALES COPY | | TOTAL | |

- No returns without prior authorization
- Authorization label must be affixed to all returns
- No discount on shipping charges
- No claims allowed 5 days after receipt of shipment

Continued on next page



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

August 18,2010

Dear Customer:

The following is the proof-of-delivery for tracking number **375271115000129**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Woodside, NY |
| Signed for by: | RADAMS | Delivery date: | Aug 2, 2010 08:18 |
| Service type: | FedEx Ground-Adult Signature Required-U.S. | | |

**NO SIGNATURE IS AVAILABLE**
FedEx Ground proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 375271115000129 | Ship date: | Jul 30, 2010 |
| | | Weight: | 63.0 lbs/28.6 kg |

| Recipient: | Shipper: |
|---|---|
| WOODSIDE, NY US | BRIDGEPORT, CT US |

| Reference | P.O. # 341005 |
|---|---|
| | Inv. # 70521 |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

NIMBUS CORPORATION D/B/A

# Deborah Rhodes

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL. (203) 333-8998 • FAX (203) 333-8999

DUNS # 10-113-6463

SOLD TO:  GRACIOUS HOME
632 BROADWAY
SUITE 401
NEW YORK, NY 10012

SHIP TO:  GRACIOUS HOME WAREHOUSE
30-30 89TH STREET
WOODSIDE, NY 11377

INVOICE NO. 7054
INVOICE DATE 08-04/1
PAGE

| CUST.P.O.NO. | STYLE | DESCRIPTION | DEPT.NO. | STORE NO. | ACCT.NO. | SHIP VIA | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | HSE.ORDER NO. | SLSMN. | APPROVAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 341005 | | | 0000 | GRACO1 | FEDEX | | | | | | | | | | | | | 2021949 00 | 0000008 | |
| | H17-75860 | 15"RND LINEN BRAID PM ITEM# 01075844 | | | | TAUP 6 | | | | | | | | | | | | | | |
| | H17-78660 | TWO-TONE SHERBET PLACE ITEM# 01142016 | | | | DENT 8 | | | | | | | | | | | | | | |
| | H17-7966 | TWO-TONE THRONES PM ITEM# 01147883 | | | | CTO5 12 | | | | | | | | | | | | | | |

| | NO.PKGS. | WGHT. | FOB | TERMS | TOTAL UNITS | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 | 6 | CT | NET 30 DAYS | 26 | | |

REMITTANCE TO:
NIMBUS CORP
25 WELLS STREET
BRIDGEPORT, CT 06604

SALES COPY

| | TOTAL UNITS | SUB-TOTAL | |
|---|---|---|---|
| TOTAL UNITS | 26 | SHIPPING & HANDLING | |
| | | TOTAL | |

- No returns without prior authorization
- Authorization label must be affixed to all returns
- No discount on shipping charges
- No claims allowed 5 days after receipt of shipment



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

August 18, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number **375271115000136**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Woodside, NY |
| **Signed for by:** | RADAMS | **Delivery date:** | Aug 5, 2010 08:49 |
| **Service type:** | FedEx Ground-Adult Signature Required-U.S. | | |

NO SIGNATURE IS AVAILABLE
FedEx Ground proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 375271115000136 | **Ship date:** | Aug 4, 2010 |
| | | **Weight:** | 5.5 lbs/2.5 kg |

**Recipient:**
WOODSIDE, NY US

**Shipper:**
BRIDGEPORT, CT US

**Reference**

P.O. # 341005

Thank you for choosing FedEx Ground.

INVOICE # 70546

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

NIMBUS CORPORATION D/B/A

# Deborah Rhodes

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL. (203) 333-8998 • FAX (203) 333-8999

**DUNS # 10-113-6463**

SOLD TO:

GRACIOUS HOME
632 BROADWAY
SUITE 401
NEW YORK, NY 10012

SHIP TO:

LINDA SADLER
340 NORTH BELLEVUE AVE
LANGHORNE, PA 19047

REMITTANCE TO:

NIMBUS CORP.
25 WELLS STREET
BRIDGEPORT, CT 06604

INVOICE DA...
08/04/1...

PAGE

- No returns without prior authorization
- Authorization label must be affixed to all returns
- No discount on shipping charges
- No claims allowed 5 days after receipt of shipment

| CUST. P.O. NO. | DEPT. NO. | STORE NO. | ACCT. NO. | SHIP VIA | NO. PKGS. | WGHT. | FOB | TERMS | HSE. ORDER NO. | SLSMN. | APPROVAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 341348 | 0000 | GRAC01 | FEDEX GROUND | | | CT | NET 30 DAYS | 2021970 00 | 00000005 | |

| STYLE | DESCRIPTION | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | TOTAL UNITS | TOTAL UNITS | UNIT PRICE | EXTENS... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H17-7066 | GOLD 2-TONE BRAID PM | RED 9 | | | | | | | | | | | | 9 | 9.00 | 5... |

| | SALES COPY | TOTAL UNITS | SHIPPING & HANDLING | | |
|---|---|---|---|---|---|
| | | | SUB-TOTAL | | 5... |
| | | | TOTAL | | 5... |



🖨 **Print page | Close** ✖

## Detailed Results

| Tracking no.: 375271115000150 | Select time format: **12H** |
|---|---|

### Delivered

**Delivered**
Signed for by: Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date    Aug 4, 2010 | Langhorne, PA |
| Delivery date   Aug 5, 2010 1:51 PM | Proof of Delivery |

### Shipment Facts

| Service type | FedEx Home Delivery | Reference | P.O.# 341348 |
|---|---|---|---|
| Weight | 3.0 lbs/1.4 kg | | |

*INVOICE # 70554*

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Aug 5, 2010 1:51 PM | **Delivered** | Langhorne, PA | Left at side door. Signature Service not requested. |
| Aug 5, 2010 8:11 AM | On FedEx vehicle for delivery | NORTH WALES, PA | |
| Aug 5, 2010 6:35 AM | At local FedEx facility | NORTH WALES, PA | |
| Aug 5, 2010 12:08 AM | Arrived at FedEx location | KEASBEY, NJ | |
| Aug 4, 2010 7:51 PM | Arrived at FedEx location | WALLINGFORD, CT | |
| Aug 4, 2010 6:56 PM | Picked up | WALLINGFORD, CT | |
| Aug 4, 2010 6:42 PM | In FedEx possession | STRATFORD, CT | Tendered at FedEx location |
| Aug 4, 2010 3:48 PM | Shipment information sent to FedEx | | |

# NIMBUS CORPORATION D/B/A

# *Deborah Rhodes*

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL (203) 333-8988 • FAX (203) 333-8999

**DUNS # 10-113-8463**

| INVOICE NO. |
|---|
| 70342 |

| INVOICE DATE |
|---|
| 06/23/10 |

**SOLD TO:**
GRACIOUS HOME
6532 BROADWAY
SUITE 401
NEW YORK, NY     10012

**SHIP TO:**
GRACIOUS HOME WAREHOUSE
30-30 46TH STREET
WOODSIDE, NY     11377

PAGE    1

| CUST. P.O. NO. | DEPT. NO. | STORE NO. | ACCT. NO. | SHIP VIA | NO. PKGS. | WGHT. | FOB | TERMS | HSE. ORDER NO. | SLSMN. | APPROVAL NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 337721 | | 0000 | GRAC01 | UPS | 1 | 2 | CT | NET 30 DAYS | 2021742 | 00 | 69420077/30 |

| STYLE | DESCRIPTION | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | TOTAL UNITS | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H17-75840 | 15"RND. LINEN BRAID PM<br>ITEM# 01075840 | 1AWP<br>36 | | | | | | | | | | | 36 | 8.00 | 288.00 |
| H17-78866 | TWO-TONE SHERBET PLACE<br>ITEM# 01101772 | IDUS<br>26 | | | | | | | | | | | 26 | 8.00 | 208.00 |
| H17-78860 | TWO-TONE SHERBET PLACE<br>ITEM# 01101774 | IMOS<br>16 | | | | | | | | | | | 16 | 8.00 | 128.00 |
| H17-78866 | TWO-TONE SHERBET PLACE<br>ITEM# 01147017 | RDRG<br>24 | | | | | | | | | | | 24 | 8.00 | 192.00 |
| H17-5046 | TWEED FRINGE SQUARE PM<br>ITEM# 01196694 | CDUS<br>12 | | | | | | | | | | | 12 | 10.00 | 120.00 |
| H17-8766 | 15"RD IKAT WEAVE PM<br>ITEM# 01196699 | CDRK<br>36 | | | | | | | | | | | 36 | 8.00 | 288.00 |
| H17-73866 | SILVER 2-TONE BRD. RD. P<br>ITEM# 01117388 | SFRB<br>12 | | | | | | | | | | | 12 | 8.00 | 96.00 |

**REMITTANCE TO:**
NIMBUS CORP.
25 WELLS STREET
BRIDGEPORT, CT  06604

**SALES COPY**

| TOTAL UNITS | | |
|---|---|---|
| 162 | SUB-TOTAL | 1320.00 |
| | SHIPPING & HANDLING | .00 |
| | TOTAL | 1320.00 |

• No returns without prior authorization
• Authorization label must be affixed to all returns
• No discount on shipping charges
• No claims allowed 5 days after receipt of shipment



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

August 18, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number **375271115000006**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Woodside, NY |
| Signed for by: | RADAMS | Delivery date: | Jun 28, 2010 08:35 |
| Service type: | FedEx Ground-Adult Signature Required-U.S. | | |

NO SIGNATURE IS AVAILABLE
FedEx Ground proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 375271115000006 | Ship date: | Jun 25, 2010 |
| | | Weight: | 32.0 lbs/14.5 kg |

Recipient:
WOODSIDE, NY US

Shipper:
BRIDGEPORT, CT US

Reference

P.O. # 337721

Inv. # 70342

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

DUNS # 10-113-8483

NIMBUS CORPORATION D/B/A

# Deborah Rhodes

25 WELLS STREET, BRIDGEPORT, CT 06604
TEL: (203) 333-8698 • FAX (203) 333-8699

| INVOICE NO. |
|---|
| 70569 |

| INVOICE DATE |
|---|
| 08/04/10 |

SOLD TO:  GRACIOUS HOME
622 BROADWAY
SUITE 401
NEW YORK, NY  10012

SHIP TO:

| CUST. P.O. NO. | DEPT. NO. | STORE NO. | ACCT. NO. | SHIP VIA | NO. PKGS. | WGHT. | FOB | TERMS | HSE. ORDER NO. | APPROVAL NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 341005 | | | | FEDEX | 1 | 6 | | | | |

| STYLE | DESCRIPTION | COLOR $FRB 24 | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | COLOR | [BLANK] TOTAL UNITS | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H17-7266 | SILVER 2-TONE RD. RD PM ITEM# 0117288 | 24 | | | | | | | | | | 24 | 8.00 | 192.00 |

REMITTANCE TO:

FACTORY COPY

| | |
|---|---|
| TOTAL UNITS | 24 |
| SUB-TOTAL | 192.00 |
| SHIPPING & HANDLING | |
| TOTAL | 192.00 |

• No returns without prior authorization
• Authorization label must be affixed to all returns
• No discount on shipping charges
• No claims allowed 5 days after receipt of shipment

 **FedEx**
Ground

FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

August 18, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number **375271115000167**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Woodside, NY |
| Signed for by: | RADAMS | Delivery date: | Aug 11, 2010 08:37 |
| Service type: | FedEx Ground-Adult Signature Required-U.S. | | |

NO SIGNATURE IS AVAILABLE
FedEx Ground proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 375271115000167 | Ship date: | Aug 10, 2010 |
| | | Weight: | 6.0 lbs/2.7 kg |

Recipient:
WOODSIDE, NY US

Shipper:
BRIDGEPORT, CT US

Reference

P.O. # 341005

Thank you for choosing FedEx Ground.

INVOICE# 70569

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339